# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| MARZOUK, THERESE MARIE | § § § | Case No. 15-17814 |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 234,834.00                      Assets Exempt: 32,169.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  2,099.89       Claims Discharged
                                                  Without Payment:  127,536.69

Total Expenses of Administration:  2,900.11

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 230,250.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,900.11 | 2,900.11 | 2,900.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,300.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,732.00 | 36,604.58 | 36,604.58 | 2,099.89 |
| **TOTAL DISBURSEMENTS** | $ 323,282.00 | $ 39,504.69 | $ 39,504.69 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 05/20/2015. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/13/2018            By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1124-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce and Associates 1 N Dearborn St Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | The Valley Lakes Community Assoc c/o Schiffman and Jacobs PC 660 La Salle Place Suite 100 Highland Park, IL 60035 | | 819.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 229,431.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 230,250.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E.COHEN, TRUSTEE | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| TRUSTEE COMPENSATION:JOSEPH E.COHEN, TRUSTEE | 2200-000 | NA | 29.36 | 29.36 | 29.36 |
| ASSOCIATED BANK | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 1,047.17 | 1,047.17 | 1,047.17 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN | 3110-000 | NA | 523.58 | 523.58 | 523.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,900.11 | $ 2,900.11 | $ 2,900.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101 | | 2,300.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 2,300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 2,545.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Maurices Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 89.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,808.00 | NA | NA | 0.00 |
| | Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | 25,334.00 | NA | NA | 0.00 |
| | Fifth Third Bank Mastercard 38 Fountain Square Cincinnati, OH 45263 | | 25,000.00 | NA | NA | 0.00 |
| | First Step Group LLC 6300 Shingle Creek Pkwy Ste 220 Brooklyn Center, MN 55430 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,880.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 25,076.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,880.16 | 2,880.16 | 165.23 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 9,807.74 | 9,807.74 | 562.64 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | FIFTH THIRD BANK | 7100-000 | NA | 23,916.68 | 23,916.68 | 1,372.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 90,732.00 | $ 36,604.58 | $ 36,604.58 | $ 2,099.89 |

Case 15-17814 Doc 36 Filed 08/21/18 Entered 08/21/18 14:37:04 Desc Main
Document Page 8 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-17814 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | MARZOUK, THERESE MARIE | Date Filed (f) or Converted (c): | 05/20/15 (f) |
| | | 341(a) Meeting Date: | 07/09/15 |
| For Period Ending: | 08/13/18 | Claims Bar Date: | 11/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 583 N Overlook Trail, Round Lake IL 6007 | 255,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking and Savings Accounts at Fifth Third Bank | 500.00 | 0.00 | | 0.00 | FA |
|     Checking and Savings Accounts at Fifth Third Bank | | | | | |
| 3. Checking Account at Chase | 500.00 | 0.00 | | 0.00 | FA |
|     Checking Account at Chase | | | | | |
| 4. Furnishings and Appliances | 1,500.00 | 0.00 | | 0.00 | FA |
|     Furnishings and Appliances | | | | | |
| 5. DVDs, CDs, Books, Personal Pictures | 100.00 | 0.00 | | 0.00 | FA |
|     DVDs, CDs, Books, Personal Pictures | | | | | |
| 6. Clothes and Shoes | 100.00 | 0.00 | | 0.00 | FA |
|     Clothes and Shoes | | | | | |
| 7. Wedding Band | 500.00 | 0.00 | | 0.00 | FA |
|     Wedding Band | | | | | |
| 8. Term Life Insurance Policy Face Value $100,000 | 0.00 | 0.00 | | 0.00 | FA |
|     Term Life Insurance Policy Face Value $100,000 | | | | | |
| 9. 401k Account with Employer | 0.00 | 0.00 | | 0.00 | FA |
|     401k Account with Employer | | | | | |
| 10. 2014 Tax Refund | 9,343.00 | 0.00 | | 5,000.00 | FA |
|     2014 Tax Refund | | | | | |
| 11. 1999 Honda Accord with over 160,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
|     1999 Honda Accord with over 160,000 miles | | | | | |
| 12. 2007 Pontiac Vibe with over 160,000 miles (Title S | 2,400.00 | 0.00 | | 0.00 | FA |
|     2007 Pontiac Vibe with over 160,000 miles (Title Still In Deceased Husband's Name) | | | | | |
| 13. 3 Dogs | 3.00 | 0.00 | | 0.00 | FA |
|     3 Dogs | | | | | |

Case 15-17814   Doc 36   Filed 08/21/18   Entered 08/21/18 14:37:04   Desc Main
Document      Page 9 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 15-17814 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MARZOUK, THERESE MARIE | | | | Date Filed (f) or Converted (c): | 05/20/15 (f) |
| | | | | | 341(a) Meeting Date: | 07/09/15 |
| | | | | | Claims Bar Date: | 11/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $272,346.00 | $0.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED TFR AND DISTRIBUTIONB MADE - 7/29/18 . TRUSTEE HAS SUBMITTED TFR TO UST FOR REVIEW - 1/8/2018. TRUSTEE
PREPARING HIS TFR AND RELATED DOCUMENTS - 11/30/17. TRUSTEE NEGOTIATING WITH DEBTOR FOR TURNOVER OF REFUND - 6/27/17.
ORDER ENTERED APPROVING TURNOVER OF TAX REFUND AND BOOKS AND RECORDS 2/3/17 - 4/30/17. TRUSTEE PREPARING MOTION FOR
TURNOVER OF TAX REFUND AND BANK ACCOUNT BALANCES - 1/11/17.  INVESTIGATION CONTINUES - 10/30/17. TRUSTEE HAS REQUESTED
PROOF OF WHEN TAX REFUND WAS RECEIVED. - 7/30/16. NO CHANGE - 4/30/16.
TRUSTEE REVIEWING DOCUMENTS PROVIDED - 01/20/16. TRUSTEE HAS REQUESTED BANK STATEMENTS AND PROOF OF WHEN TAX REFUND
RECEIVED - Oct. 31, 2015.

Initial Projected Date of Final Report (TFR): 08/31/17     Current Projected Date of Final Report (TFR): 01/31/18

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-17814 -ABG |
| Case Name: | MARZOUK, THERESE MARIE |
| Taxpayer ID No: | *******3877 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0412 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/17 | 10 | Therese Marzouk | Turnover of tax refunds | 1124-000 | 5,000.00 | | 5,000.00 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 05/25/18 | 300001 | JOSEPH E.COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 1,279.36 | 3,670.64 |
| | | | Fees 1,250.00 | 2100-000 | | | |
| | | | Expenses 29.36 | 2200-000 | | | |
| 05/25/18 | 300002 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,047.17 | 2,623.47 |
| 05/25/18 | 300003 | JOSEPH E. COHEN 105 West Madison St. Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 523.58 | 2,099.89 |
| 05/25/18 | 300004 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 5.73669% | 7100-000 | | 562.64 | 1,537.25 |
| 05/25/18 | 300005 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000002, Payment 5.73683% | 7100-000 | | 165.23 | 1,372.02 |
| 05/25/18 | 300006 | Fifth Third Bank PO Box 9013 Addison, Texas 75001 | Claim 000003, Payment 5.73667% | 7100-000 | | 1,372.02 | 0.00 |

Page Subtotals 5,000.00 5,000.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-17814 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MARZOUK, THERESE MARIE | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0412 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3877 | | | |
| For Period Ending: | 08/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0412 | 5,000.00 | 5,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*